| | |
|---|---|
| 1 | LISA GARCIA (SBN 301362) |
| 2 | **ALSTON & BIRD LLP**<br>350 South Grand Avenue, 51st Floor |
| 3 | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 |
| 5 | E-mail: lisa.garcia@alston.com |
| 6 | SCOTT ELDER (*Pro Hac Vice* application forthcoming) |
| 7 | ALAN PRYOR (*Pro Hac Vice* application forthcoming) |
| 8 | **ALSTON & BIRD LLP**<br>1201 West Peachtree Street, Suite 4900 |
| 9 | Atlanta, GA 30309 |
| 10 | Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 |
| 11 | E-mail: scott.elder@alston.com |
| 12 | alan.pryor@alston.com |
| 13 | Attorneys for Defendant |
| 14 | **SOVENA USA, INC.** |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY MORRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOVENA USA, INC.,<br>Defendant. | Case No. 2:24-cv-08144-FMO-PVC<br>Judge Fernando M. Olguin<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: October 1, 2024<br>Current response date: October 22, 2024<br>Proposed response date: November 21, 2024 |

Plaintiff Ebony Morrison ("Plaintiff") and Defendant Sovena USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby respectfully submit the following Stipulation and proposed order to extend the time for Defendant to file a response to Plaintiff's Complaint.

WHEREAS, Plaintiff filed a Class Action Complaint against Defendant on September 23, 2024 (Dkt. 1);

WHEREAS, on October 1, 2024 Plaintiff served the Summons and Complaint in this matter on Defendant (Dkt. 10);

WHEREAS, pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's deadline to respond to the Complaint is currently October 22, 2024 (*see* Dkt. 10);

WHEREAS, the Parties have met and conferred, and the Parties have stipulated and agreed to extend the deadline for Defendant to respond to the Complaint by thirty days, to and including November 21, 2024;

WHEREAS, the Parties respectfully agree that good cause exists for this stipulated extension, which will allow recently retained defense counsel sufficient time to analyze the Complaint (which include testing allegations) and confer with counsel for Plaintiff about the allegations of the Complaint;

WHEREAS, this is the first extension for Defendant to file a response to Plaintiff's Complaint;

WHEREAS, by entering into this Stipulation, Defendant does not waive, and specifically preserves, any and all defenses it has available, including, but not limited to, under Federal Rule of Civil Procedure 12;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant hereto through their respective attorneys of record that Defendant shall answer, move or otherwise plead in response to the Complaint by or on November 21, 2024.

| | |
|---|---|
| Dated: October 11, 2024 | LISA GARCIA<br>SCOTT ELDER<br>ALAN PRYOR<br>**ALSTON & BIRD LLP**<br><br>*/s/ Lisa Garcia*<br>Lisa Garcia<br><br>Attorneys for Defendant<br>SOVENA USA, INC. |
| Dated: October 11, 2024 | CHRISTIN CHO<br>RICK LYON<br>**DOVEL & LUNER, LLP**<br><br>*/s/ Christin Cho*<br>Christin Cho<br><br>Attorneys for Plaintiff<br>EBONY MORRISON |

## LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION

I, Lisa Garcia, hereby attest that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: October 11, 2024

**ALSTON & BIRD LLP**

/s/ *Lisa Garcia*
Lisa Garcia

Attorney for Defendant
SOVENA USA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I filed the foregoing document entitled **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Lisa Garcia*
Lisa Garcia