LISA GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: lisa.garcia@alston.com

SCOTT ELDER (*Pro Hac Vice* application forthcoming)
ALAN PRYOR (*Pro Hac Vice* application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: scott.elder@alston.com
         alan.pryor@alston.com

Attorneys for Defendant
**SOVENA USA, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY MORRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOVENA USA, INC.,<br>Defendant. | Case No. 2:24-cv-08144-MWC-PVC<br>Judge Michelle Williams Court<br><br>**STIPULATION TO STAY CASE PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LIGITATION'S RULING ON THE PENDING MOTION TO TRANSFER**<br><br>Complaint served: October 1, 2024<br>Ans. to Complaint Due: |

Under Central District of California Local Rule 7-1, Plaintiff Ebony Morrison ("Plaintiff") and Defendant Sovena USA, Inc. ("Defendant" or "Sovena") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby respectfully move the Court to stay all proceedings and deadlines in this action until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion to transfer under 28 U.S.C. § 1407 ("Petition"). *See In re: Avocado Oil Marketing and Sales Practices Litig.* ("*In re: Avocado Oil*"), MDL No. 3133 (Dkt. 1). If the JPML denies the Petition, Sovena's response to the Complaint will be due 21 days from that denial. In support of this motion, the Parties state:

Plaintiff filed a Class Action Complaint against Defendant on September 23, 2024. Dkt. 1-10. Plaintiff claims Sovena's marketing of its 100% Pure Cold Pressed Avocado Oil is false and misleading because the avocado oil allegedly is adulterated. *Id.* Sovena's deadline to answer or otherwise respond to the Complaint is November 21, 2024. *See* Dkt. 12.

On October 23, 2024, the plaintiffs in seven cases submitted the Petition to the JPML, seeking to centralize nine actions against various retailers and manufacturers of avocado oil under § 1407. *See In re: Avocado Oil Mktg. Litig.*, MDL No. 1816, Dkt. 1 (J.P.M.L. filed Oct. 23, 2024). Responses to the Petition are due on, or before, November 15, 2024 and replies are due on, or before, November 22, 2024. The Petition is not presently set for hearing.

Following the filing of the Petition, counsel for Sovena conferred with counsel for Plaintiff, and the Parties hereby stipulate and agree (subject to a determination from this Court) that good cause exists to stay this action pending the JPML's ruling on the Petition. Absent a stay, Sovena will be required to answer or otherwise respond to the Complaint by November 21, and the Parties will be required to address any such pleading while simultaneously addressing the Petition. It is in the interest of judicial economy and the Parties to allow the JPML to render a decision on the Petition because it will avoid duplicative briefing and the unnecessary use of judicial resources.

Courts in this district have previously stayed cases pending a JPML ruling on transfer. E.g., *Miller v. Time Warner Cable, Inc.*, No. 8:16-cv-00329-CAS(ASx), 2016 U.S. Dist. LEXIS 103586, at *4 (C.D. Cal. Aug. 5, 2016) (staying the matter pending a decision from the JPML, noting that a stay of the proceedings would not cause prejudice and "in the interests of judicial economy" it is "appropriate to briefly stay these proceedings pending a decision from the JPML"); *Nash v. Janssen Research & Dev.*, LLC, No. CV 15-03868-AB (Ex), 2015 U.S. Dist. LEXIS 186839, at *10 (C.D. Cal. June 4, 2015) (granting stay pending decision from JPML finding no prejudice to the parties and that a "stay would further the purposes of [the MDL] by promoting judicial economy and conserving judicial resources in consolidating several cases with similar issues").

Because it is possible the JPML will grant the pending Petition to transfer and coordinate or consolidate the related cases—including this one—for pretrial proceedings under 28 U.S.C. § 1407, the Parties believe staying this case will conserve both the Court's and the Parties' time and resources. Under these circumstances, "[c]ourts frequently grant stays pending a decision by the MDL Panel regarding whether to transfer a case." *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998); see *Short v. Hyundai Motor Am. Inc.*, No. C19-0318JLR,, 2019 WL 3067251 (W.D. Wash. July 12, 2019) (granting stay pending JPML's ruling on Section 1407 motion); *Gonzalez v. Merck & Co.*, No. 07-cv-3034, 2007 WL 2220286, at *2 (E.D. Wash. Aug. 2, 2007) (granting defendant's motion to stay pending transfer decision and noting that "well settled case law . . . dictates a stay should be granted to promote judicial economy"); *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1362 (C.D. Cal. 1997) (granting stay pending JPML's ruling because "a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel"); *Bonefant v. R.J. Reynolds Tobacco Co.*, No. 07-cv-60301, 2007 WL 2409980, at *1 (S.D. Fla. July 31,

1  2007) ("[I]t is common practice for courts to stay an action pending a transfer decision
2  by the JPML.").

3      Finally, the Parties respectfully submit that this Stipulation is not made for the
4  purposes of delay or for any other improper purpose.

5      Therefore, consistent with the rulings of courts in this district, this circuit, and
6  many others, the Court should grant the Parties a short stay of proceedings until the
7  JPML rules on the Petition and, if the JPML denies the Petition, order that Sovena's
8  response to the Complaint will be due 21 days from the date of any such denial.

10 Dated: November 13, 2024

LISA GARCIA
SCOTT ELDER
ALAN PRYOR
**ALSTON & BIRD LLP**

/s/ *Lisa Garcia*
Lisa Garcia

Attorneys for Defendant
SOVENA USA, INC.

19 Dated: November 13, 2024

CHRISTIN CHO
RICK LYON
**DOVEL & LUNER, LLP**

/s/ *Christin Cho*
Christin Cho

Attorneys for Plaintiff
EBONY MORRISON

## LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION

I, Lisa Garcia, hereby attest that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: November 13, 2024                **ALSTON & BIRD LLP**

/s/ *Lisa Garcia*
Lisa Garcia

Attorney for Defendant
SOVENA USA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024, I filed the foregoing document entitled **STIPULATION TO STAY CASE PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LIGITATION'S RULING ON THE PENDING MOTION TO TRANSFER** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

        */s/ Lisa Garcia*

Lisa Garcia