**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EBONY MORRISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOVENA USA, INC.,<br>Defendant. | Case No. 2:24-cv-08144-MWC-PVC<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING THE JUDICIAL PANEL ON MULTIDISTRICT LIGITATION'S RULING ON THE PENDING MOTION TO TRANSFER (DKT. 16)** |

Having considered the Stipulation to Stay Case Pending the Judicial Panel on Multidistrict Litigation's Ruling on the Pending Motion to Transfer, and for good cause shown, the Court **ORDERS** as follows:

This matter is stayed pending the Judicial Panel on Multidistrict Litigation's ruling on the pending Motion to Transfer in *In re: Avocado Oil Marketing and Sales Practices Litig.*, MDL No. 3133. Should the Motion to Transfer be denied, Sovena USA, Inc.'s deadline to answer or otherwise respond to the Complaint is extended for a total of 21 days after the JPML issues a ruling on the pending Motion to Transfer.

///

///

1 **IT IS SO ORDERED.**

3 Dated: November 15, 2024

*[signature]*

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE