Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

*[Additional Counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EBONY MORRISON individually and on behalf of all others similarly situated,

Plaintiff,

v.

SOVENA USA, INC.

Defendant.

Case No. 2:24-cv-08144-MWC-PVC

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ebony Morrison ("Plaintiff") hereby voluntarily dismisses ***without prejudice*** her claims against Sovena USA, Inc. The parties stipulate to this dismissal. The parties will bear their own attorneys' fees and costs.

Dated: May 27, 2025

**DOVEL & LUNER, LLP**

By: */s/ Richard Lyon*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

Dated: May 27, 2025

**ALSTON & BIRD LLP**

By: */s/ Alan Pryor*

ALAN PRYOR (*Pro Hac Vice*)
SCOTT ELDER (*Pro Hac Vice*)
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: scott.elder@alston.com
alan.pryor@alston.com

LISA L. GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: lisa.garcia@alston.com

*Attorneys for Defendant*